AUSA: Jacob Hoppe Telephone: (313) 226-9622

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Victor Mota, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Kasaras Kemp

Case No.

Case: 2:26−mj−30611
Assigned To : Unassigned
Assign. Date : 10/1/2026
Description: RE: KASARAS KEMP (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 29, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Victor A. Mota, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 1, 2026

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Victor A. Mota, being sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2020. I am currently assigned to the Detroit Field Division, group VII. I am tasked with investigating violations of firearms and narcotics laws. Prior to becoming a Special Agent with the ATF, I was an Officer with the United States Customs and Border Protection Office of Field Operations for ten years as well as a supervisor for about two years. I completed the United States Customs and Border Protection Basic course, the Criminal Investigator Training Program, and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Brunswick, Georgia. I obtained a Bachelor of Science degree in Criminal Justice from Wayne State University.

2. During my employment with ATF, I have participated in criminal investigations focused on firearms, armed drug trafficking violations, and criminal street gangs. Through these investigations, my training and experience, and conversations with other agents and law enforcement personnel, I have become familiar with firearms violations.

3. The facts in this affidavit come from personal knowledge, review of police reports, video evidence, or have been provided by other law enforcement officers with the facts set forth herein. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. This affidavit provides information necessary to establish probable cause that Kasaras Adanis KEMP (DOB: XX/XX/1990) has violated 18 U.S.C. § 922(g)(1), possession of a firearm by a convicted felon.

**PROBABLE CAUSE**

5. On September 29, 2026, officers with the Detroit Police Department (DPD) were on pratol driving north on Gratiot Ave. Detroit, MI. Officer Douthard observed a large group of people gathered in the street on Rohns St., West of Gratiot Ave.

6. Officers approached the large group of people who were gathered in the middle of Rohns St. Officer Nikollaj then observed a man later identified as KEMP notice law enforcement and hurriedly walk into a crowd near the front yard of a nearby property. Officer Nikollaj exited the patrol vehicle and ordered KEMP to walk towards him. KEMP walked away from DPD officers while looking back towards officer Nikollaj.

7. Officer Nikollaj observed a firearm in KEMP's waistband. Officer Nikollaj moved closer to KEMP's side and again observed a firearm in KEMP's waistband. Officer Nikollaj asked KEMP if he possessed a concealed pistol license (CPL). KEMP replied, "Yeah." KEMP then fled from the officers. Officer Nikollaj pursued, and was able to grab KEMP. Officers took KEMP to the ground and secured him.

8. Officer Baldwin recovered the firearm, a Glock, Model: 23, .40 caliber with serial number AGMC327.

9. KEMP was issued an ordinance violation for walking in the street where a sidewalk was provided. He was taken to the hospital. After being cleared by medical professionals, he was taken to the Detroit Detention Center.

10. I spoke with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (SA) Kara Klupacs, a firearms interstate nexus expert, and gave her a description of the Glock pistol. SA Klupacs advised that based on her training and experience, the Glock pistol meets the federal definition of a firearm and that it was manufactured outside the State of Michigan.

11. I reviewed KEMP's criminal history and determined he has the following felony conviction:

a. On February 24, 2009, KEMP pled guilty to one count of felony weapons-carrying concealed in the 3rd Circuit Court Criminal Division.

b. On April 29, 2010, KEMP pled guilty to one count of felony motor vehicle-unlawful driving away in the 3rd Circuit Court Criminal Division.

c. On May 12, 2010, KEMP pled guilty to one count of felony assault with intent to do great bodily harm less than murder or by strangulation and one count of felony weapons felony firearm in the 3rd Circuit Court Criminal Division.

d. On October 6, 2017, KEMP pled guilty to one count of felony police officer fleeing – third degree – vehicle code in the 3rd Circuit Court Criminal Division.

e. On February 23, 2024, KEMP pled guilty to 18 USC 922(g)(1) – felon in possession of firearm/ammunition in the Eastern District of Michigan. On June 27, 2024, KEMP was sentenced to 37 months of incarceration, followed by supervised release. (See 23-cr-20524, ECF No. 35, PageID.203).

12. Because KEMP has multiple felony convictions, including a conviction for felon in possession of a firearm, and has previously been sentenced to more than one year of incarceration, it is reasonable to infer that he knew he had been convicted of a felony at the time he possessed the Glock pistol.

## CONCLUSION

13. Based on the above facts, there is probable cause to believe that on September 29, 2026, while in the Eastern District of Michigan, Kasaras KEMP, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a Glock, Model: 23, .40 caliber pistol, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Special Agent Victor Mota
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Dated: October 1, 2026